IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENTE OBICO,

    Plaintiff,

v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,

    Defendants.

No. C 11-03932 JSW

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*; INSTRUCTIONS TO THE CLERK**

This matter comes before the Court upon consideration of Plaintiff's application to proceed *in forma pauperis*. Having considered the application, the Court finds good cause to grant the request. Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit and this Order upon the Defendant.

    **IT IS SO ORDERED.**

Dated: December 5, 2011

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBICO et al,<br><br>            Plaintiff,<br><br>   v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING et al,<br><br>            Defendant. | Case Number: CV11-03932 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicente T. Obico
700 Brussels Street
San Francisco, CA 94134

Dated: December 5, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk