IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE OBICO,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03932 JSW<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE** |

On December 27, 2011, Plaintiff in this case filed a letter, in which he states that due to financial hardship, he is requesting a public defender to represent him in this matter. The Court construes this letter as a request by Plaintiff to appoint counsel in this case, in which he alleges that Defendants discriminated against him on the basis of age, race and national origin. "The decision to appoint counsel is left to the sound discretion of the district court." *Johnson v. U.S. Treasury Dep't.*, 27 F.3d 415, 416 (9th Cir. 1994) (citing *Johnson v. U.S. Dep't of the Treasury*, 939 F.2d 820, 824 (9th Cir. 1991)). "Three factors are relevant to the trial court's determination of whether to appoint counsel: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel on his or her own; and (3) the merit of the plaintiff's claim." *Johnson*, 939 F.2d at 824.

Although this Court has determined that Plaintiff qualifies to proceed *in forma pauperis*, Plaintiff has not identified what efforts - if any - he has made to secure counsel on his own behalf. In addition, at this stage, the Court cannot evaluate whether Plaintiff's claim has merit. Accordingly, Plaintiff's request for appointment of counsel is DENIED WITHOUT

PREJUDICE. Plaintiff may renew his request in the future, but he must file a properly noticed motion for appointment of counsel.

The Court HEREBY ADVISES Plaintiff that the Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: January 4, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OBICO et al,

        Plaintiff,

  v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING et al,

        Defendant.

Case Number: CV11-03932 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicente T. Obico
700 Brussels Street
San Francisco, CA 94134

Dated: January 4, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk