IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE T. OBICO,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03932 JSW<br><br>**ORDER TO SHOW CAUSE AND CONTINUING HEARING ON MOTION TO DISMISS AND ADVANCING TIME OF CASE MANAGEMENT CONFERENCE** |

On January 9, 2012, Defendants filed a motion to dismiss, which is scheduled for a hearing on February 24, 2012 at 9:00 a.m. The Court CONTINUES that hearing to March 30, 2012 at 9:00 a.m. The case management conference scheduled for March 30, 2012 at 1:30 p.m. shall be ADVANCED to 9:00 a.m., immediately following the hearing on the motion to dismiss.

Pursuant to Pursuant to Northern District Civil Local Rules 7-3(a) and 5-5(a)(2), Plaintiff's opposition brief was due to be filed on January 26, 2012. Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. If Plaintiff seeks to file an untimely opposition to Defendants' motion, he must file a request demonstrating good cause for the late filing and must file his proposed opposition brief with that request. Plaintiff's response to this Order to Show Cause, or his request to late file and proposed opposition brief, shall be filed and served on Defendants by no later than February 24, 2012. If the Court grants such a request, Defendants may file a reply brief by no later than March 9, 2012.

If Plaintiff fails to file a response to this Order to Show Cause by February 24, 2012, the Court shall dismiss this case without prejudice without further notice to Plaintiff. The Court advises Plaintiff that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: February 7, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OBICO et al,

        Plaintiff,

  v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING et al,

        Defendant.

Case Number: CV11-03932 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 7, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicente T. Obico
700 Brussels Street
San Francisco, CA 94134

Dated: February 7, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk