IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE T. OBICO,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,<br><br>    Defendants.<br>_____ / | No. C 11-03932 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER OF REFERRAL AND INSTRUCTIONS TO CLERK; AND ORDER STAYING PROCEEDINGS** |

On February 7, 2012, this Court issued an Order to Show Cause directing Plaintiff to Show Cause why this matter should not be dismissed for failure to prosecute. On February 16, 2012, Plaintiff filed a timely response to the Order to Show Cause and renewed his request that counsel be appointed to assist him. Having considered Plaintiff's response and his motion for appointment of counsel, the Court HEREBY DISCHARGES the Order to Show Cause.

In addition, Plaintiff, Vincente Obico, having requested and being in need of counsel to assist him in this matter and good and just cause appearing, IT IS HEREBY ORDERED that Obico shall be referred to the Federal Pro Bono Project in the manner set forth below:

    1.    The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent Obico, that attorney shall be appointed as counsel for Obico in this matter;

3. The hearing scheduled for March 30, 2012 is VACATED, and the Court HEREBY STAYS all proceedings in this matter for a period of 45 days. When counsel is located and appointed, counsel for Plaintiff shall meet and confer with counsel for Defendant to submit a stipulation and proposed order regarding a briefing schedule on the pending motion to dismiss and a new hearing date.

This Order terminates docket no. 27.

**IT IS SO ORDERED.**

Dated: February 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OBICO et al,

    Plaintiff,

  v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING et al,

    Defendant.

Case Number: CV11-03932 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicente T. Obico
700 Brussels Street
San Francisco, CA 94134

Dated: February 22, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk