IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENTE T. OBICO,

    Plaintiff,

v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,

    Defendants.

                                           /

No.  C 11-03932 JSW

**ORDER APPOINTING COUNSEL**

    Because Plaintiff has requested an is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Geneva Collins, Esq. of Clyde & Co., LLP is hereby appointed as counsel for Plaintiff Vincente T. Obico in this matter.

    The scope of this referral shall be for all purposes for the duration of this case. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    **IT IS SO ORDERED.**

Dated: March 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE