DAVID A. GABIANELLI, State Bar No. 158170
*david.gabianelli@clydeco.us*
ANDREW G. WANGER, State Bar No. 166449
*andrew.wanger@clydeco.us*
GENEVA A. COLLINS, State Bar No. 187023
*geneva.collins@clydeco.us*
HANI GANJI, State Bar No. 272925
*hani.ganji@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
VICENTE T. OBICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE T. OBICO, and individual,<br><br>Plaintiff,<br><br>v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, a corporation, and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. 3:11-cv-03932 JSW<br><br>**STIPULATION AND ORDER RE FILING FIRST AMENDED COMPLAINT [PROPOSED] AND TERMINATING MOTION TO DISMISS (Docket No. 22)** |

Plaintiff VICENTE T. OBICO (hereinafter "Plaintiff") by his attorneys, Clyde & Co US LLP, and Defendant MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING (hereinafter "Defendant"), by and through its attorneys, Simpson, Garrity, Innes & Jacuzzi, hereby agree and stipulate as follows:

WHEREAS, Plaintiff, acting in pro per, filed his original Complaint in this Court on August 8, 2011, alleging violations of Title VII of the Civil Rights Act and the Age Discrimination in Employment Act; and

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on the grounds that (1) Plaintiff had failed to serve the Complaint in the time required by Rule 4(m) of the Federal Rules of

Civil Procedure; and (2) as a matter of law, individual employees cannot be sued under the ADEA and Title VII of the Civil Rights Act; and

WHEREAS, Plaintiff requested that this Court give him additional time to permit him to retain counsel to prosecute this action and oppose defendants' motion; and

WHEREAS, this Court issued a 45-day stay of all proceedings on February 22, 2012, which stay was lifted on April 6, 2012; and

WHEREAS, Plaintiff has retained Clyde & Co US LLP to prosecute this action; and

WHEREAS, Plaintiff wishes to bring claims based on California law in addition to his claims based on federal law and to withdraw his claims against the individual defendant, Jose Vega, from this action,

IT IS HEREBY STIPULATED as follows:

1. Defendant shall withdraw its Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Insufficient Service of Process, filed on January 10, 2012;

2. Plaintiff shall file the First Amended Complaint, attached hereto as Exhibit A, within two days of the filing of this Court's Order re Filing First Amended Complaint; and

3. Defendant shall file a response to the First Amended Complaint within 20 days of plaintiff's filing of the First Amended Complaint.

IT IS SO STIPULATED.

Dated: April 7, 2012          CLYDE & CO US LLP

                              By: /s/ Gabianelli
                              David A. Gabianelli
                              Andrew G. Wanger
                              Geneva A. Collins
                              Hani Ganji
                              Attorneys for Plaintiff
                              VICENTE T. OBICO

1 | Dated: April 17, 2012      SIMPSON, GARRITY, INNES & JACUZZI

By: /s/ Kendall Burton
Marc L. Jacuzzi
Kendall M. Burton
Marina C. Gruber
Attorneys for Defendants
MERCY HOUSING, INC. and JOSE VEGA

### ORDER [PROPOSED]

Pursuant to the foregoing stipulation of counsel,

IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim and Insufficient Service of Process, filed on January 10, 2012, is hereby withdrawn;

2. Plaintiff shall file his First Amended Complaint, attached to Docket No. 30 as Exhibit A, within two days of the filing of this Order; and

3. Defendant shall file a response to the First Amended Complaint within 20 days of plaintiff's filing of the First Amended Complaint.

IT IS SO ORDERED.

DATED: April 18, 2012

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

712542v1    3    3:11-cv-03932 JSW
STIPULATION & ORDER [PROPOSED] RE: FILING FIRST AMENDED COMPLAINT