DAVID A. GABIANELLI, State Bar No. 158170
*david.gabianelli@clydeco.us*
ANDREW G. WANGER, State Bar No. 166449
*andrew.wanger@clydeco.us*
GENEVA A. COLLINS, State Bar No. 187023
*geneva.collins@clydeco.us*
HANI GANJI, State Bar No. 272925
*hani.ganji@clydeco.us*
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801

Attorneys for Plaintiff
VICENTE T. OBICO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE T. OBICO,<br><br>            Plaintiff,<br><br>     v.<br><br>MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING INC.,<br><br>            Defendant. | Case No. 3:11-cv-03932 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COURT'S MINUTE ORDER DATED JUNE 15, 2012, REGARDING DEADLINE TO COMPLETE MEDIATION**<br><br>Complaint filed: August 10, 2011<br>Trial Date:        April 29, 2013 |

Plaintiff VICENTE T. OBICO (hereinafter "Plaintiff") by his attorneys, Clyde & Co US LLP, and Defendant MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING INC. (hereinafter "Defendant"), by and through its attorneys, Simpson, Garrity, Innes & Jacuzzi, P.C., hereby agree and stipulate as follows:

WHEREAS, on June 15, 2012, this Court issued a Minute Order to complete an Alternative Dispute Resolution Mediation (hereinafter "mediation") by October 15, 2012; and

1  WHEREAS, on July 17, 2012, Plaintiff served requests for production of documents and
2  interrogatories on Defendant, with responses due on August 20, 2012; and
3  WHEREAS, on July 27, 2012, Defendant served document requests on Plaintiff, with
4  responses due on August 29, 2012; and
5  WHEREAS, the parties agree that the parties' responses to the written discovery should be
6  served prior to conducting any depositions; and
7  WHEREAS, the parties agree that Plaintiff's deposition and the depositions of at least the
8  three key employees of Defendant should be conducted prior to the mediation, so that the parties
9  will have a factual basis on which to evaluate their claims and defenses prior to discussing
10 settlement; and
11 WHEREAS, Plaintiff has identified three key employees or representatives of Defendant
12 that he intends to depose: Jose A. Vega; Jacquie Hoffman; and Aric Alvarez; and
13 WHEREAS. the parties have met and conferred pursuant to the Local Rules on the
14 availability of these three witnesses for deposition; and
15 WHEREAS, Defendant's counsel has advised Plaintiff's counsel that Jose A. Vega will be
16 out of the country for the entire month of September and will not be available for his deposition,
17 Aric Alvarez is out of the country from September 10 through September 28, 2012, and Jacquie
18 Hoffman is on vacation from September 7 to October 6, 2012; and
19 WHEREAS, the earliest time to depose defense witnesses will thus be October 2012; and
20 WHEREAS, the parties would like to have copies of the deposition transcripts prior to the
21 mediation; and
22 WHEREAS, on July 26, 2012, the parties participated in a pre-mediation telephone
23 conference with the court-appointed mediator, James V. Fitzgerald, during which the discovery
24 issues were discussed; and
25 WHEREAS, the parties agree that a three week extension of time, up to and including
26 November 5, 2012, will allow the parties sufficient time to complete key depositions and will
27 cause the mediation to be more productive; and
28

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1  WHEREAS, Mr. Fitzgerald advised the parties that he was amenable to extending the
2  mediation deadline for three weeks, to November 5, 2012, to allow the parties sufficient time to
3  prepare for the mediation; and
4  WHEREAS, the proposed discovery deadline will not affect the discovery cut-off date, the
5  trial date, or any other dates set by this Court; and
6  WHEREAS, there have been no previous requests for time modifications in this case;
7  THEREFORE, by and through their attorneys of record, the parties stipulate as follows:
8  The mediation deadline shall be continued to November 5, 2012.
9  **IT IS SO STIPULATED.**

11  Dated: 8/17/12 , 2012   CLYDE & CO US LLP

13              By: /s/ David A. Gabianelli
                    David A. Gabianelli
14                  Attorneys for Plaintiff
                    VICENTE T. OBICO

16  Dated: 8/15 , 2012   SIMPSON, GARRITY, INNES & JACUZZI

18              By: [signature]
                    Marc L. Jacuzzi
19                  Attorneys for Defendant
                    MISSION CREEK SENIOR
20                  COMMUNITY/MERCY HOUSING INC.

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  Dated: August 21 , 2012

                JEFFREY S. WHITE
25              United States District Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

800271v3                    3                    3:11-cv-03932 JSW
STIPULATION AND [PROPOSED] ORDER TO AMEND COURT'S MINUTE ENTRY
ORDER DATED JUNE 15, 2012, REGARDING DEADLINE TO COMPLETE MEDIATION