IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENTE T. OBICO,

    Plaintiff,

    v.

MISSION CREEK SENIOR COMMUNITY/MERCY HOUSING, et al.,

    Defendants.

No. C 11-03932 JSW

**ORDER STRIKING BRIEFS, DIRECTING PLAINTIFF TO REFILE AND GRANTING DEFENDANT EXTENSION OF TIME TO FILE REPLY AND CONTINUING HEARING DATE**

On January 4, 2013, Plaintiff filed his opposition to Defendants' motion for summary judgment, and filed a separate 17 page brief of objections to Defendants' evidence. Pursuant to Northern District Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion must be contained within the [opposition] brief of memorandum."

Accordingly, the Court HEREBY STRIKES Plaintiff's opposition brief and objections to evidence (Docket Nos. 52, 56). Plaintiff shall re-file his opposition brief in accordance with Local Rule 7-3(a) by no later than January 14, 2013. If Plaintiff requires a *reasonable* number of additional pages for his opposition brief, he must submit a request demonstrating good cause for the request.

It is FURTHER ORDERED that Defendants' reply brief and responses to objections shall be due by no later than January 22, 2013. *See* N.D. Civ. L.R. 7-3(c). If Defendants require a reasonable number of additional pages for their reply brief, they must submit a request demonstrating good cause for the request.

1  The Court HEREBY CONTINUES the hearing on the motion from January 25, 2013 to
2  February 22, 2013 at 9:00 a.m.
3  **IT IS SO ORDERED.**

5  Dated: January 7, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2